UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Warren E. Peterson</u>

v.

Civil No. 15cv21-JD

<u>State of NH</u>


O R D E R


After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 13, 2015.  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.


SO ORDERED.

*/s/  Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge


Date: July 31, 2015

cc:  Warren E. Peterson, pro se